| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | LARA S. VINNARD |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant MARCO BARBOSA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-00717-01 JF |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AS TO MARCO BARBOSA; [PROPOSED] ORDER** |
| v. | |
| MARCO BARBOSA; MARIA BARBOSA, | Honorable Jeremy Fogel |
| Defendants. | |

Defendant Marco Barbosa and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, August 19, 2009 at 9:00 a.m., be continued to Wednesday, September 9, 2009, at 9:00 a.m.  The continuance is requested in order to coordinate Mr. Barbosa's appearance with that of his wife, Maria Barbosa, who is set to appear on September 9, 2009.  Additionally, the continuance is requested to allow time for effective defense preparation and investigation.

The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The parties therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: 8/11/09                                    _____/s/_____
                                                  LARA S. VINNARD
                                                  Assistant Federal Public Defender

Dated: 8/11/09                                    _____/s/_____
                                                  DAVID CALLAWAY
                                                  Assistant United States Attorney

## [PROPOSED] ORDER

The parties have jointly requested a continuance of the hearing set for Monday, August 19, 2009, to consolidate Mr. Barbosa's first appearance in the district court with the first appearance of his wife, and to allow time for effective defense preparation and investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, August 19, 2009, be continued to Wednesday, September 9, 2009, at 9:00 a.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from August 19, 2009 to September 9, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: 8/17/09                                    _____
                                                  JEREMY FOGEL
                                                  United States District Judge

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717-01 JF                           2