JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-5079
  Facsimile:  (408) 535-5066
  Email: eumi.choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCO ANTONIO BARBOSA, and <br> MARIA GUADALUPE BARBOSA, <br><br> Defendants. | No. CR 09-00717 JF <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM NOVEMBER 18, 2009 THROUGH DECEMBER 16, 2009 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |

     An indictment was returned in this case on July 15, 2009.  Status hearings have been held on September 9, 2009 and October 14, 2009.  At the October 14, 2009 hearing, the Court set a status hearing on November 18, 2009, per the agreement of the parties.  Time has been excluded time under the Speedy Trial Act to allow counsel reasonable time for effective preparation.

     At this time, the parties stipulate to an order to continue the scheduled November 18, 2009 status hearing until December 16, 2009, and to exclude time from November 18, 2009 through December 16, 2009.  The government has provided additional discovery to defense counsel since the last status hearing.  Moreover, the government anticipates a superseding indictment in this case.

1  The United States hereby submits this written request for an order finding that said time
2  is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served
3  by taking such action and outweigh the best interests of the public and defendants in a speedy
4  trial.  18 U.S.C. § 3161(h)(7)(A).   Further, the failure to grant such a continuance would
5  unreasonably deny counsel for defendants the reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

7

8  DATED: November 16, 2009            JOSEPH P. RUSSONIELLO
                                       United States Attorney
9

10                                     _____/s/_____
                                       EUMI L. CHOI
11                                     Assistant United States Attorney

12
                                       _____/s/_____
13                                     Lara Vinnard
                                       Assistant Federal Defender for Marco A. Barbosa
14

15                                     _____/s/_____
                                       Peter Leeming, Esq.
16                                     Defense Counsel for Maria G. Barbosa

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1

**ORDER**

2   Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3   ORDERS that the time from November 18, 2009 through December 16, 2009 is excluded under
4   the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by
5   taking such action and outweigh the best interests of the public and defendants in a speedy trial.
6   18 U.S.C. § 3161(h)(7)(A).   Further, the failure to grant such a continuance would unreasonably
7   deny counsel for defendants and the Government the reasonable time necessary for effective
8   preparation, taking into account the exercise of due diligence.  The Court therefore concludes
9   that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

10

11  IT IS SO ORDERED.

12

13  DATED: 11/17/09

14  JEFFREY FOGEL
    UNITED STATES DISTRICT JUDGE

3