JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: eumi.choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR 09-00717 JF |
|        ) | |
|     Plaintiff,        ) | STIPULATION AND [PROPOSED] |
|        ) | ORDER TO CONTINUE STATUS |
|   v.       ) | HEARING AND TO EXCLUDE TIME |
|        ) | FROM DECEMBER 16, 2009, THROUGH |
| MARCO ANTONIO BARBOSA, and    ) | JANUARY 20, 2010 FROM THE SPEEDY |
| MARIA GUADALUPE BARBOSA,    ) | TRIAL ACT CALCULATION (18 U.S.C. § |
|        ) | 3161(h)(7)(A),(B)) |
|     Defendants.       ) | |

     An indictment was returned in this case on July 15, 2009.  Status hearings have been held on September 9, 2009 and October 14, 2009.  At the October 14, 2009 hearing, the Court set a status hearing on November 18, 2009, per the agreement of the parties.  Per a stipulation by the parties, the November 18, 2009 status hearing was continued until December 16, 2009. Time has been excluded time under the Speedy Trial Act to allow counsel reasonable time for effective preparation.

     At this time, the parties stipulate to an order to continue the scheduled December 16, 2009 status hearing until January 20, 2010, and to exclude time from December 16, 2009,

//

1

1  through January 20, 2010.  Counsel for defendants request the time for effective preparation.
2  Moreover, the government anticipates a superseding indictment in this case.
3        The United States hereby submits this written request for an order finding that said time
4  is excluded under the Speedy Trial Act, 18  U.S.C. § 3161, in that the ends of justice are served
5  by taking such action and outweigh the best interests of the public and defendants in a speedy
6  trial. 18 U.S.C. § 3161(h)(7)(A).   Further, the failure to grant such a continuance would
7  unreasonably deny counsel for defendants the reasonable time necessary for effective
8  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
9
10  DATED: December 14, 2009        JOSEPH P. RUSSONIELLO
        United States Attorney
11
12          _____/s/_____
        EUMI L. CHOI
13          Assistant United States Attorney
14
15          _____/s/_____
        LARA VINNARD
        Assistant Federal Defender for Marco A. Barbosa
16
17          _____/s/_____
        PETER LEEMING, ESQ.
18          Defense Counsel for Maria G. Barbosa
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time from December 16, 2009 through January 20, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).   Further, the failure to grant such a continuance would unreasonably deny counsel for defendants and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 12/15/09

JEFFREY FOGEL
UNITED STATES DISTRICT JUDGE