BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MARCO BARBOSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-00717 JF |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| | **HEARING AND EXCLUDE TIME;** |
| v. | **[PROPOSED] ORDER** |
| MARCO BARBOSA; MARIA BARBOSA, | Honorable Jeremy Fogel |
| Defendants. | |
| _____/ | |

  Defendants Marco and Maria Barbosa and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, March 11, 2010 at 9:00 a.m., be continued to Thursday, April 15, 2010, at 9:00 a.m.  The continuance is requested in order to allow defense counsel further time to review discovery provided on February 2, 2010, and to conduct investigation. Additionally, counsel for Mr. Barbosa will be out of the district during the week of March 15.

  The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense

1  counsel reasonable time necessary for effective preparation, taking into account the exercise of due

2  diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this

3  exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4  Dated: 3/8/10                                          _____
                                                                        /s/
5                                                              LARA S. VINNARD
                                                               Counsel for Marco Barbosa

6  Dated: 3/10/10                                        _____
                                                                        /s/
7                                                              PETER LEEMING
                                                               Counsel for Maria Barbosa

8  Dated: 3/8/10                                          _____
                                                                        /s/
9                                                              EUMI CHOI
                                                               Assistant United States Attorney

10                                  **[PROPOSED] ORDER**

11         The parties have jointly requested a continuance of the hearing set for Thursday, March 11,

12  2010, to allow additional time for defense preparation and investigation, and for continuity of

13  counsel.   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently

14  set for Thursday, March 11, 2010 at 9:00 a.m., be continued to Thursday, April 15, 2010, at 9:00

15  a.m.

16         Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

17  under the Speedy Trial Act from March 11, 2010, to April 15, 2010.   The Court finds, based on the

18  aforementioned reasons, that the ends of justice served by granting the requested continuance

19  outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the

20  requested continuance would deny defense counsel reasonable time necessary for effective

21  preparation, taking into account the exercise of due diligence, and would result in a miscarriage of

22  justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.

23  §§ 3161(h)(8)(A) and (B)(iv).

24  Dated: 3/10/10                                        _____
                                                               JEREMY FOGEL
25                                                             United States District Judge

26