```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant MARCO BARBOSA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MARCO BARBOSA; MARIA BARBOSA,<br><br>                Defendants.<br>_____/ | Case No.: CR 09-00717 JF<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER**<br><br>Honorable Jeremy Fogel |

      Defendants Marco and Maria Barbosa and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, June 24, 2010 at 9:00 a.m., be continued to Thursday, July 29, 2010, at 9:00 a.m.  The continuance is requested because the parties are engaged in settlement negotiations, and the defense requires time to discuss proposed resolutions with Mr. and Mrs. Barbosa. Additionally, defense investigation is ongoing, and July 29 is the next date that all counsel are available.

      The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the  interest of the public and

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717 JF                            1

the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 6/22/10

_____/s/_____
LARA S. VINNARD
Counsel for Marco Barbosa

Dated: 6/22/10

_____/s/_____
PETER LEEMING
Counsel for Maria Barbosa

Dated: 6/22/10

_____/s/_____
EUMI CHOI
Assistant United States Attorney

## [PROPOSED] ORDER

The parties have jointly requested a continuance of the hearing set for Thursday, June 24, 2010, to allow additional time for defense preparation and investigation, and for continuity of counsel.  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Thursday, June 24, 2010 at 9:00 a.m., be continued to Thursday, July 29, 2010, at 9:00 a.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 24, 2010, to July 29, 2010.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 6/23/10

_____
JEREMY FOGEL
United States District Judge