BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MARCO BARBOSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARCO BARBOSA; MARIA BARBOSA,<br><br>　　　　　　　　　Defendants.<br>_____/ | Case No.: CR 09-00717 JF<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** ~~**[PROPOSED]**~~ **ORDER**<br><br>Honorable Jeremy Fogel |

　　　Defendants Marco and Maria Barbosa and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, July 29, 2010 at 9:00 a.m., be continued to Thursday, August 26, 2010, at 9:00 a.m.  The continuance is requested in order to allow defense counsel further time to conduct investigation and engage in settlement discussions.   The parties have discussed potential terms of settlement, and must resolve issues pertaining to the potential settlement.

　　　The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the  interest of the public and

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717 JF　　　　　　　　　　　1

the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 7/27/10

/s/
LARA S. VINNARD
Counsel for Marco Barbosa

Dated: 7/27/10

/s/
PETER LEEMING
Counsel for Maria Barbosa

Dated: 7/27/10

/s/
EUMI CHOI
Assistant United States Attorney

**[PROPOSED] ORDER**

The parties have jointly requested a continuance of the hearing set for Thursday, July 29, 2010, to allow additional time for defense preparation and investigation and settlement discussions. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Thursday, July 29, 2010 at 9:00 a.m., be continued to Thursday, August 26, 2010, at 9:00 a.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 29, 2010, to August 26, 2010.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 7/28/10

_____
JEREMY FOGEL
United States District Judge

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717 JF                                                    2