1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MARCO BARBOSA

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,              Case No.: CR 09-00717 JF
12
                    Plaintiff,             **STIPULATION TO CONTINUE
13                                         HEARING AND EXCLUDE TIME;
                 v.                        [PROPOSED] ORDER**
14
15  MARCO BARBOSA; MARIA BARBOSA,          Honorable Jeremy Fogel

16                  Defendants.

17  _____/

18          Defendants Marco and Maria Barbosa and the government, through their respective counsel,

19  hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter,

20  presently scheduled for Thursday, December 2, 2010 at 9:00 a.m., be continued to Thursday,

21  December 9, 2010, at 9:00 a.m.   The parties, including the Barbosas, attended a settlement

22  conference on November 30, 2010.   The continuance is requested because the defense requires

23  additional time for preparation, in order to address issues raised by the Barbosas regarding

24  settlement.  Additionally, Mr. Barbosa apparently misunderstood that he still had a court appearance

25  on December 2, and instead believed that the settlement conference would be his only court

26

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717 JF                    1

1   appearance this week.   He accepted a long-haul truck driving job and is currently in Yuma, Arizona.

2   The parties further agree that time should be excluded under the Speedy Trial Act because the

3   ends of justice served by granting the requested continuance outweigh the  interest of the public and

4   the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of due

6   diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this

7   exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

8   Dated: 12/1/10                                    _____/s/_____
                                                      LARA S. VINNARD
9                                                     Counsel for Marco Barbosa

10  Dated: 12/1/10                                    _____/s/_____
                                                      PETER LEEMING
11                                                    Counsel for Maria Barbosa

12  Dated: 12/1/10                                    _____/s/_____
                                                      EUMI CHOI
13                                                    Assistant United States Attorney

14

15                                  **[PROPOSED] ORDER**

16  The parties have jointly requested a continuance of the hearing set for Thursday, December 2,

17  2010, to allow additional time for defense preparation and investigation, and for continuity of

18  counsel.   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently

19  set for Thursday, December 2, 2010 at 9:00 a.m., be continued to Thursday, December 9, 2010, at

20  9:00 a.m.

21  Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

22  under the Speedy Trial Act from December 2 to December 9, 2010.   The Court finds, based on the

23  aforementioned reasons, that the ends of justice served by granting the requested continuance

24  outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the

25  requested continuance would deny defense counsel reasonable time necessary for effective

26

1  preparation, taking into account the exercise of due diligence, and would result in a miscarriage of

2  justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.

3  §§ 3161(h)(8)(A) and (B)(iv).

4  Dated:  12/3/10

_____
JEREMY FOGEL
United States District Judge