BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MARCO BARBOSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-00717 JF |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| v. | **[PROPOSED] ORDER** |
| MARCO BARBOSA; MARIA BARBOSA, | Honorable Jeremy Fogel |
| Defendants. | |

Defendants Marco and Maria Barbosa and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the pretrial motions hearing in the above-captioned matter, presently scheduled for Thursday, February 10, 2011 at 9:00 a.m., be continued to Thursday, March 10, 2011, at 9:00 a.m. The continuance is requested because the defense has submitted additional discovery requests to the government, and the government requires additional time to respond. Accordingly, additional time is required for the defense to investigate and evaluate potential motions. Additionally, counsel for the government and counsel for Mrs. Barbosa will be

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717 JF                                    1

engaged in trial in another matter beginning January 24, 2011.  Accordingly, the delay is requested for continuity of counsel.

The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 1/20/11  
                    /s/  
LARA S. VINNARD  
Counsel for Marco Barbosa

Dated: 1/20/11  
                    /s/  
PETER LEEMING  
Counsel for Maria Barbosa

Dated: 1/21/11  
                    /s/  
EUMI CHOI  
Assistant United States Attorney

## [PROPOSED] ORDER

The parties have jointly requested a continuance of the hearing set for Thursday, February 10, 2011, to allow additional time for the government to respond to additional discovery requests, and for continuity of counsel.  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Thursday, February 10, 2011 at 9:00 a.m., be continued to Thursday, March 10, 2011, at 9:00 a.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from February 10 to March 10, 2011.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny the parties continuity of counsel and would deny defense counsel

1  reasonable time necessary for effective preparation, taking into account the exercise of due diligence,
2  and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of
3  time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
4  Dated: 1/24/11
                                        JEREMY FOGEL
5                                          United States District Judge

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717 JF                  3