MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00717 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE MOTIONS |
| v. | ) | HEARING AND TO EXCLUDE TIME |
| | ) | FROM MARCH 10, 2011, THROUGH |
| MARCO ANTONIO BARBOSA, and | ) | APRIL 14, 2011 UNDER THE SPEEDY |
| MARIA GUADALUPE BARBOSA, | ) | TRIAL ACT (18 U.S.C. § |
| | ) | 3161(h)(7)(A),(B)) |
| Defendants. | ) | |
| | ) | |

     The United States, through its counsel, and defendants Marco and Maria Barbosa,

through their respective counsel, hereby stipulate that, subject to the Court's approval, the

pretrial motions hearing in the above-referenced matter scheduled for March 10, 2011, be

continued until April 14, 2011.  The parties further stipulate to an exclusion of time under the

Speedy Trial Act to allow all counsel reasonable time for effective preparation.

     The continuance is requested in light of pending defense discovery requests, which the

government is attempting to resolve with the defense.  By agreement of the parties, the defense

has not yet filed potential defense motions while the parties attempt to resolve the discovery

requests.  In light of this, and based upon scheduling conflicts of the parties, the parties stipulate

1  to an order to continue the scheduled March 10, 2011, hearing until April 14, 2011, and to
2  exclude time from March 10, 2011, through April 14, 2011.
3     The parties hereby submit this written request for an order continuing the hearing until
4  April 14, 2011, and finding that the time from March 10, 2011, through April 14, 2011, is
5  excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by
6  taking such action and outweigh the best interests of the public and defendants in a speedy
7  trial. 18 U.S.C. § 3161(h)(7)(A).  Further, the failure to grant such a continuance would
8  unreasonably deny counsel for defendants the reasonable time necessary for effective
9  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
10
11  DATED: February 24, 2011              MELINDA HAAG
                                          United States Attorney
12
13                                        _____/s/_____
                                          EUMI L. CHOI
                                          Assistant United States Attorney
14
15                                        _____/s_____
                                          LARA VINNARD
16                                        Assistant Federal Defender
17                                        _____/s_____
                                          PETER LEEMING, ESQ.
18
19
20                                        **ORDER**
21
22     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
23  ORDERS that the time from March 10, 2011, through April 14, 2011, is excluded under the
24  Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking
25  such action and outweigh the best interests of the public and defendants in a speedy trial.  18
26  U.S.C. § 3161(h)(7)(A).  Further, the failure to grant such a continuance would unreasonably
27  deny counsel for defendants and the Government the reasonable time necessary for effective
28

preparation, taking into account the exercise of due diligence.  The Court therefore concludes

that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.


DATED:  3/4/11

_____

JEFFREY FOGEL
UNITED STATES DISTRICT JUDGE