BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MARCO BARBOSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-00717 JF |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| v. | **[PROPOSED] ORDER** |
| MARCO BARBOSA; MARIA BARBOSA, | Honorable Jeremy Fogel |
| Defendants. | |

Defendants Marco and Maria Barbosa and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, April 14, 2011, at 9:00 a.m., be continued two weeks to Thursday, April 28, 2011, at 9:00 a.m.  The continuance is requested because defense counsel are preparing motions to be heard at the next hearing date, and the defense requires additional time to conduct investigation and to prepare effectively in connection with the filing of motions.

The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717 JF                                       1

1 counsel reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this
3 exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4 Dated: 3/18/11                             /s/
                                         LARA S. VINNARD
5                                        Counsel for Marco Barbosa

6 Dated: 3/18/11                             /s/
                                         PETER LEEMING
7                                        Counsel for Maria Barbosa

8 Dated: 3/21/11                             /s/
                                         EUMI CHOI
9                                        Assistant United States Attorney

10                              [PROPOSED] ORDER

11     The parties have jointly requested a continuance of the hearing set for Thursday, April 14,
12 2011, to allow additional time for defense preparation and investigation in connection with
13 anticipated defense motions.   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the
14 hearing date presently set for Thursday, April 14,  at 9:00 a.m., be continued to Thursday, April 28,
15 at 9:00 a.m.

16     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
17 under the Speedy Trial Act from April 14 to April 28, 2011.   The Court finds, based on the
18 aforementioned reasons, that the ends of justice served by granting the requested continuance
19 outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the
20 requested continuance would deny defense counsel reasonable time necessary for effective
21 preparation, taking into account the exercise of due diligence, and would result in a miscarriage of
22 justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
23 §§ 3161(h)(8)(A) and (B)(iv).

24 Dated:  3/23/11                                   _____
                                              JEREMY FOGEL
25                                            United States District Judge

26