BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MARCO BARBOSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-00717 JF |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | |
| MARCO BARBOSA; MARIA BARBOSA, | Honorable Jeremy Fogel |
| Defendants. | |

Defendants Marco and Maria Barbosa and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, April 28, 2011, at 9:00 a.m., be continued two weeks to Thursday, May 12, 2011, at 9:00 a.m.  Both defendants have filed pretrial motions that are set for hearing at the next appearance.  The continuance is requested to allow counsel for the government and counsel for Mr. Barbosa additional time to prepare briefing on the motions.

The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717 JF                                    1

1  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
2  diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this
3  exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4  Dated: 4/25/11                               _____/s/_____
                                                LARA S. VINNARD
5                                               Counsel for Marco Barbosa

6  Dated: 4/25/11                               _____/s/_____
                                                PETER LEEMING
7                                               Counsel for Maria Barbosa

8  Dated: 4/25/11                               _____/s/_____
                                                EUMI CHOI
9                                               Assistant United States Attorney

10                                  [PROPOSED] ORDER

11       The parties have jointly requested a continuance of the hearing set for Thursday, April 28,
12  2011, to allow additional time for the parties to complete briefing on defense motions.  GOOD
13  CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Thursday,
14  April 28,  at 9:00 a.m., be continued to Thursday, May 12, at 9:00 a.m.
15       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
16  under the Speedy Trial Act from April 28 to May 12, 2011.   The Court finds, based on the
17  aforementioned reasons, that the ends of justice served by granting the requested continuance
18  outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the
19  requested continuance would deny defense counsel reasonable time necessary for effective
20  preparation, taking into account the exercise of due diligence, and would result in a miscarriage of
21  justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
22  §§ 3161(h)(8)(A) and (B)(iv).

23  Dated: 4/26/11                               _____
                                                JEREMY FOGEL
24                                              United States District Judge

25

26

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 09-00717 JF                    2