| | |
|---|---|
| 1 | MELINDA L. HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630) |
| | Chief, Criminal Division |
| 4 | JOSEPH FAZIOLI (CABN 275564) |
| | Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900 |
| | San Jose, California 95113 |
| | Telephone: (408) 535-5595 |
| 7 | Facsimile: (408) 535-5066 |
| | joseph.fazioli@usdoj.gov |
| 8 | |
| | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00717 RMW |
| Plaintiff, | STIPULATION AND [] |
| v. | ORDER CONTINUING SENTENCING |
| MARCO BARBOSA, | |
| Defendant. | |

The government and defendant Marco Barbosa hereby stipulate and jointly request that the sentencing hearing currently set for August 20, 2012 be continued to September 17, 2012 (1) to allow the parties further time to submit materials to probation and prepare their sentencing materials, as well as also (2) to allow undersigned government counsel, who was recently reassigned to this case, an opportunity to acquaint himself with this case.   The parties have conferred with Probation Officer Ben Flores, who agrees with the proposed continuance.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1.	The current August 20, 2012 sentencing date is hereby vacated.

//

1  2. This matter is set for sentencing on September 17, 2012, at 9:00 a.m.

3  SO STIPULATED:

4  DATED: 8/3/12            /s/
                            CYNTHIA LIE
5                           Assistant Federal Public Defender

7  DATED: 8/2/12            /s/
                            JOSEPH FAZIOLI
8                           Assistant United States Attorney

9  IT IS SO ORDERED.

10 DATED: 1381 34           /s/ Ronald M. Whyte
                            RONALD M. WHYTE
11                          UNITED STATES DISTRICT JUDGE

STIPULATION AND [] ORDER
CR 09-00717 RMW